UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FERRELLGAS, INC., | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) Case No. 4:21-cv-00551-BP |
| THOMPSONGAS, LLC, | )<br>)<br>) |
| Defendant. | ) |

## CLERK'S ORDER OF DISMISSAL

On the 13th day of February 2023, the parties herein having filed a Joint Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice against Defendant ThompsonGas, LLC. Each party to bear its own costs and attorneys' fees.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Shauna Murphy-Carr**
Deputy Clerk

Date:   February 13, 2023